# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY MAJOR** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 16-5252** |
| | : | |
| **MALEY DEAS KOCHALSKI,** *et al.* | : | |

## ORDER

**AND NOW**, this 12th day of December 2016, upon consideration of Defendants' Motions to Dismiss (ECF Doc. Nos. 8, 11), *pro se* Plaintiff's Responses (ECF Doc. Nos. 16, 17), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motions to Dismiss (ECF Doc. Nos. 8, 11) are **GRANTED** and *pro se* Plaintiff's Complaint is **DISMISSED without prejudice** and with leave for her to file an amended complaint no later than **January 13, 2017.**

                                                                                            _____
                                                                                            **KEARNEY, J.**